Thomas A. Morgan, Esq.  /SBN 309237
AYALA, MORGAN & BUZZARD
729 1st Street, Suite D
Brentwood, CA 94513
Phone:  (866) 465-2999
Fax:     (925) 289-8846

**Email address for service pursuant to CCP §1010.6 is: litigation@amb.law**

Attorney for Plaintiff(s).

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MAYA ANN JIMENEZ BROG,

     Plaintiffs,

     vs.

UNITED STATES POSTAL SERVICE;
DARNELL CHRISTOPHER
MAXIONDIZARE; and DOES 1 through 25,
inclusive.

     Defendants.

Case No.: 3:26-cv-00859-WHO

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND ORDER**

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, MAYA ANN JIMENEZ BROG, hereby voluntarily dismisses the above-captioned action without prejudice against Defendants, UNITED STATES POSTAL SERVICE; and DARNELL MAXIONDIZARE.

The Notice of Dismissal is filed before service by the Defendant of an Answer or a Motion for Summary Judgment in this action.

//

//

DATED: April 21, 2026.

**AYALA, MORGAN & BUZZARD**

By: _Thomas A. Morgan_____

Thomas A. Morgan, Esq.  SBN 309237
**AYALA, MORGAN & BUZZARD**
729 1st Street, Suite D
Brentwood, CA 94513
Telephone:  (866) 465-2999
Fax:         (925) 289-8846
*Attorney for Plaintiff*

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and upon request of Plaintiff and good cause appearing.  **IT IS HEREBY ORDERED**:

1. This action is dismissed in its entirety without prejudice.
2. The Clerk is directed to close this action.

DATE: ___April 23_____, 2026.

_____

JUDGE WILLIAM H. ORRICK

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER